IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-10286-C



USA,

Plaintiff - Appellee,

versus

AQMI STRATEGY CORPORATION,
PRESIDION SOLUTIONS, INC.,
PROFESSIONAL BENEFIT SOLUTIIONS,
d.b.a. Presidion Solutions VII, Inc.,

Defendants - Appellants.

---

Appeal from the United States District Court for the
Middle District of Florida

---

Before HULL, MARCUS, and PRYOR, Circuit Judges

BY THE COURT:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's December 1, 2009, and January 6, 2010, orders dismissing the indictment without prejudice are not final, and the appellants lack standing to appeal the orders. *See* 28 U.S.C. § 1291; *United States v. Kelley*, 849 F.2d 1395, 1396-97 (11th Cir. 1988).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 27-2 and all other applicable rules.

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

**FILED**
2010 APR -7 PM 12: 00
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

April 05, 2010

Sheryl L. Loesch
United States District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 10-10286-C
Case Style: USA v. AQMI Strategy Corporation, et al
District Court Docket No: 6:08-cr-00231-JA-KRS-2

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gerald Frost
Phone #: 404-335-6182

Enclosure(s)

DIS-4 Multi-purpose dismissal letter